UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____

KAREN DARKE as the Administratrix of the
ESTATE OF JUSTIN C. ZINNO and in her
Individual Capacity as the beneficiary of
JUSTIN C. ZINNO, a deceased seaman

        Plaintiff,

v.                                  Case No.: 1:21-cv-00158-JJM-PAS

JAMES MATARONAS, in personam,
BRUCE R. MEDEIROS, in personam,
and the f/v SAKONNET LOBSTER II, its
engines, electronics, fishing gear and
permits and appurtenances, in rem

        Defendants.

_____

**NOTICE OF VOLUTARY DISMISSAL OF**
**DEFENDANT BRUCE R. MEDEIROS WITHOUT PREJUDICE**

Notice is hereby given that KAREN DARKE as the Administratrix of the ESTATE OF JUSTIN C. ZINNO and in her Individual Capacity as the beneficiary of JUSTIN C. ZINNO, a deceased seaman voluntarily dismisses, without prejudice, the claims against only Defendant Bruce R. Medeiros pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby files this notice of voluntary dismissal as to Defendant Bruce R. Medeiros with the Clerk of the Court before service by this Defendant of either an answer or a motion for summary judgment.  This dismissal shall have no effect on the claims asserted by Plaintiff against the other Defendant(s) in this civil action, and all such claims and this action remain in full force and effect.

// Signature Page Follows //

1

Dated: April 20, 2021
Newport, Rhode Island

        Fulweiler llc

By: /s/ John K. Fulweiler

John K. Fulweiler, Esq. (RI-7876)
W.B. Franklin Bakery Building
40 Mary Street
Newport, RI 02840
(401) 667-0977 – Telephone
(401) 646-2501 – Facsimile
john@saltwaterlaw.com
www.saltwaterlaw.com
1-800-383-MAYDAY
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 20, 2021, a copy of the foregoing was filed through the ECF system and it is available for viewing and downloading from the ECF system such that all appearing counsel have been served with this document by electronic means.

By: /s/ John K. Fulweiler

John K. Fulweiler, Esq.